6/5/10      case 4:09-cv-03629

TO: Judge Lynn Hughes

United States District Judge

From: Charles Thurston

United States Bankruptcy Court
Southern District of Texas
FILED

JUN 0 9 2010

David J. Bradley, Clerk of Court

Your Honor: Judge Hughes.

   Since I received two letters from you here is my response to the second letter I received. Before I begin I should like to point out the fact that our country is at war. Veterans are dying For our country as we write and many are coming home with their legs blown off and they Are in Need of medical attention and they are getting this treatment at the VA hospital Where I am getting tested for my muscle damage from zocor. Any department I go to has From 50 to 100 veterans ahead of me and they have top priority because the physicians May be able to help them with their injuries. God help them all. Since there is no pill that Can restore my muscles my priority at these hospitals is dead last. I except that and will not Out guess the Doctors who are treating these brave men and women who serve our county Well. If it takes 2 to 2 and one half months to set up an appointment for me and it does then Merck and company will just have to WAIT!!!! We now have a computer indicating that There is a slowness in the nerves in both lower legs that shows a moderate time delay From stimulation and muscle movement that for my age 65 is not normal and can not be Explained since all my blood tests to date have been normal. All this including my lower blood Pressure continues to point to zocor as they main problem. I believe I have enough evidence Right now to win my case. However, I may have to see a Cardiologist which will take even more Time and I still need to see a surgeon to do the muscle biopsy on my right shoulder.

   I notice that attorneys for merck and company have criticized my web sites and put them In lower case. Anyone can play that game and I just did. Web MD is a very prestigious web site. If you do not know medical terminology or vocabulary you will have a hard time reading this

Sites information. An attorney smoke screen pure and simple. The web site that collects information About patients who have taken zocor is very good. It is very easy to set up a web site and gather Information from the general public on specific issues at a fraction of the cost for phone calls or Interviews. They are all over the world in every country and in my opinion good for Government Of the people, By the People and for the People. From what I knew about zocor I expected 80% Of the respondents to applaud the drug and 20% to have a negative opinion. Of the 715 respondents To the site I estimated 90% had a negative response and in the first two pages 15 respondents Called the drug poison and they would never take the stuff again. Exactly how I felt at that time. About 10% or less gave a positive response and only one lady said she took the drug 5 years With no problem. I was shocked. I then analyzed carefully the symptoms experienced by these People in the survey and many had muscle problems in many diverse areas. We have according to Dr. Moss over a thousand muscles in the human body. I then began to see a pattern in certain Muscle groups that corresponded to my own problem areas; namely below the knee cap, in the Ankles and especially in the shoulders and one person could not raise his arms above the shoulders Exactly the same problem I had. The age group was diverse with a concentration in the above age 62 or older which I was in when I took the poison. From what I read and what I knew about zocor I believe the web site to be accurate and honest and the results were indeed revealing info that I Could use in my lawsuit against merck and company (sm case). Now let us discuss the 10% to 15% Muscle problems with patients taking zocor. I asked my creator during meditation what the Actual percent would be and he revealed 18.2% and I rounded that figure up to the nearest person And came up with 1 out of 5 or 20% that a jury would be able to understand quite well. If merck and Company were to apply to the FDA to market this drug zocor in the USA would this figure be acceptable. Can you imagine that one out of five Army, Navy, Air Force, Coast Guard, Boy Scouts, ROTC Cadets, And Girl Scouts taking this drug will have muscle problems – is that exceptable? Absolutely not acceptable!!!!! On top of that they would have to have surgery costing $5,000 on an

Unspecified Muscle yet to be attacked to make sure they were not going to be adversely affected. Absolutely not a good or safe drug any way you look at it. The next war will require small muscles To control drone aircraft for the US Air force, drone tanks for the US army and drone submarines For the US Navy. Every muscle from the smallest to the largest must work perfectly for optimum Health. About 20 years ago I wrote congress and asked them to pass a law requiring the drug Companies to supply every patient taking a prescription drug to supply that patient with a drug Information sheet so the patient could know and review the bad side effects they might experience And report that experience to their doctor. Congress did pass the law and I believe many patients Have benefitted from this law to this day. Moving along. Let's discuss the FDA. 10 people at the FDA can pull a drug or food off the market and bring the largest company in the world to their Knees. Case in point. A few mothers complained to the FDA about a cough medicine made by Johnson & Johnson (one of the largest and most respected companies in the world for decades) That their cough medicine made by Johnson & Johnson was causing their children harm and Looked funny inside. The FDA contacted J & J, didn't like their response and pulled the Cough Medicine off the market. I saw Diane Sawyer on ABC World News tonight report to throw away This particular cough medicine made by J & J. Real Power lies with the FDA. When I was looking For sites to help me with my own fat in the blood I stumbled across the FDA website and studied It for several days. My conclusion is a very large and complex website, about 6-8 years behind The most advanced sites like Twitter, Utube, Etc. Very user <u>unfriendly</u>. Always asking for more Information than they need. Over 20 years ago I recommended to Ronald Regan to simplify the Tax code. He did suggest that to Congress, the people liked the idea and well we all know what Happened next. Anyway, the FDA's website and their study of fat in the blood cost the US taxpayer 28 million dollars. The site was built by programmers and a few statisticians and not well adapted To the average web user especially when reporting bad drugs or foods. The cute thing is that you Can tell the site what you eat and it will tell you the amount of fat you are getting from which food.

My problem was from to many hamburgers and hot dogs. I only wish the Dietician at the VA

Hospital knew about this site before I took zocor. They switched my milk from whole to skim.

I complained that I drank 2% and whole and switched between the two. The dietician said

Their computer could not do that. I responded I could reprogram the computer so that it

Could. That went know where fast. Getting back to the web site. If we the people do not

Report to the FDA about bad drugs, the FDA takes no action and they assume everything

Is A OK. Very few people know that this web site even exists. Another Government Goof.

It was easier to find the zocor survey site than this 28 million dollar web site designed by

Your own government for your input. They spend more on lost children than bad drugs.

I also believe that a 40 to 50 member panel to decided if a drug stays or goes would be less

Susceptible to influence by multi billion dollar drug company's profits than the current ten

Members. This is such an easy case for me. I only had <u>one drug</u> for 13 months. Not 9 or 15.

Only one; zocor. This is so easy to figure out a baby could do it! I don't drink, don't smoke,

Don't do street drugs, and did not take any over the counter anything during this time.

I am very intelligent concerning my health and will admit my diet was not the best when

It came to fat in the blood. Off zocor my cholesterol is dropping and my weight also.

That's all good, but, my muscles are shot and I shuffle around and have difficulty raising

My arms especially my good right handed arm and my blood pressure is in the dumps.

I can't pull a 45 lb bow, can't exercise, can't throw a baseball, can't play squash or tennis

Like I used to and am tired all the time and must lie down frequently. I blame zocor and I

WANT MY DAY IN COURT, SIR!

Respectfully Submitted.

Charles Thurston, _Charles Thurston_

US ARMY VET 1967-1969

MOS: Computer Programmer, Pentagon, Washington, D.C.



JESUS, LIGHT OF THE WORLD

BY: ABSTRACT ARTIST

CHARLES THURSTON

