6/17/10    case 4:09-cv-03629

TO: Judge Lynn Hughes

    United States District Judge

From: Charles Thurston

Your Honor: Judge Hughes.

United States Bankruptcy Court
Southern District of Texas
FILED

JUN 2 1 2010

David J. Bradley, Clerk of Court

   I recently found out that my P.O. BOX 2111, Humble, Texas has been closed because the Post Office claimed that they had no record of me ever having the POST OFFICE BOX 2111 in the First place. I went home came back with a receipt showing I had paid for the PO BOX 2111 thru December, 2010. They immediately apologized and reopened my PO BOX. This is the strangest Thing I have ever heard of in my 65 years. The question now is; did they return any letters to You I did not get?

Sincerely,

Charles Thurston

Charles Thurston
PO BOX 2111
HUMBLE, TX 77347

HOUSTON TX 770

19 JUN 2010 PM 1 T

THE HONORABLE Judge Lynn Hughes
PO BOX 61010
HOUSTON, TX 77208

United States Courts
Southern District of Texas

JUN 2 1 2009

Michael N. Milby, Clerk

77208+1010