UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Charles Thurston, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-09-3629 |
| | § | |
| Merck & Co., Inc., et al., | § | |
| | § | |
| Defendants. | § | |

## Order Denying Reinstatement

Charles Thurston's motion to reinstate his case is denied. (28)


Signed on June 23, 2010, at Houston, Texas.


_____

Lynn N. Hughes
United States District Judge