IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES THURSTON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:09-CV-3629 |
| ELI LILLY, INC. and MERCK & CO., INC., | § § § | |
| Defendants. | § § § | |

**DEFENDANT MERCK SHARP & DOHME CORP. f/k/a MERCK & CO. INC.'S REQUEST FOR COPY OF DISTRICT COURT RECORD AND EXHIBITS**

Pursuant to the letter dated July 20, 2010, from the United States Court of Appeals for the Fifth Circuit, Defendant Merck Sharp & Dohme Corp. f/ka/ Merck & Co., Inc. ("Merck" or "Defendant"), by and through its undersigned counsel, request this Court to send Merck a copy of the entire district court record, including exhibits, pertaining to the above-styled case to the attention of Haylie H. Crouch, Goldman Ismail Tomaselli Brennan & Baum LLP, 2828 North Harwood, Suite 1730, Dallas, TX 75201.  Shipping expenses for the above-referenced request may be charged to Federal Express Account # 470283440.

1

DATED:  August 5, 2010

                        Respectfully submitted,

                        **GOLDMAN ISMAIL TOMASELLI**
                        **BRENNAN & BAUM LLP**


                        By:____/s/ Joe W. Tomaselli, Jr.____

                        Joe W. Tomaselli, Jr.
                        Attorney in Charge
                            TX State Bar No. 24003064
                            Southern District of Texas Bar No. 25025
                        Haylie H. Crouch
                            TX State Bar No. 24046010
                            Southern District of Texas Bar No. 587159
                        2828 North Harwood, Suite 1730
                        Dallas, Texas 75201
                        Telephone: 214.880.9903
                        Facsimile: 214.880.9901
                        jtomaselli@goldmanismail.com
                        hcrouch@goldmanismail.com


                        Andrew L. Goldman
                            IL State Bar No. 6226544
                        1 North Franklin Street, Suite 625
                        Chicago, IL 60606
                        Telephone:  312.881.5960
                        Facsimile:  312.629.8107
                        agoldman@goldmanismail.com


                        **ATTORNEYS FOR DEFENDANT**
                        **MERCK SHARP & DOHME CORP. F/K/A**
                        **MERCK & CO., INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 5, 2009, an electronic form of this Request for District Court Record will be provided to Plaintiff through the Court's electronic filing system (if an email address if registered), and a copy has also been sent via mail to the below address.

    Charles Thurston
    P.O. Box 2111
    Humble, TX 77347
    Telephone: (832) 472-9318

                                          ___/s/ Joe W. Tomaselli, Jr.___