**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

David Bradley                                                                                         P.O. BOX 61010
CLERK                                                                                                 HOUSTON, TX 77208

August 6, 2010

Mr. Lyle Wyman Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

           IN RE:  Charles Thurston vs Merck & Co., Inc., et al
           District Court Case No.:  4:09cv3629
           Circuit Court Case No.:  10-20485

Dear Mr. Cayce:

    Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter.  This record contains  2 (two)   volumes of the printed record on appeal.

-    Copies of Transcripts are enclosed.

-    No sealed documents exist in this case

-    No State Court Records exist in this case.

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

David J Bradley, Clerk

<u>Paul Yebernetsky</u>
Deputy Clerk