IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

APR 11 2011

David J. Bradley, Clerk of Court

| | |
|---|---|
| CHARLES THURSTON | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:09-CV-3629 |
| Merck & Co., INC. | § USCOA 5Th CIR No. 10-20485 |
| Defendants, | § |

I Charles Thurston Plaintiff, in view of being ruled against in the United States Court of Appeals, 5 th Circuit, LA.,(CASE # 10-20485); have decided to file this Notice of Appeal with the USDC Southern District of Texas and intend to Appeal to the United States Supreme Court, Washington D.C. the above Verdict.

Charles Thurston

P. O. BOX 2111

Humble, TX 77347

PH 281-513-2708

EMAIL: zchax123@gmail.com

## NOTICE OF APPEAL TO THE US SUPREME COURT, WASHINGTON D.C.

I Charles Thurston intend to appeal the decision against me by the USCOA 5th Circuit. LA: and I have contacted the Supreme Court and they are sending me the PACKET and form to file a petition For certiorari in the United States Supreme Court. I also understand that I have 90 days to complete the form and deliver same starting from the March 9th appellate decision.

Charles Thurston (s) _Charles Thurston_

ATTORNEY PRO SE:

Dated 4/7/11

CERTIFICATE OF SERVICE

Personally delivered to the USPS one copy of this Notice of Appeal to the

USDC Southern District, Texas, Houston Division. Priority Mail.

To: Judge Lynn Hughes, Clerk of Court, United States District Court, P. O. BOX 61010,

HOUSTON, TX 77208


Personally delivered to the USPS one copy of this Notice of Appeal to the

LEAD ATTORNEY for Merck and Company Joe Tomaselli Jr & etal. Priority Mail.

TO: ATTORNEY FOR MERCK & COMPANY, JOE W. TOMASELLI JR & etal, 2828 North

Harwood, STE 1730, Dallas, TX 75201


Charles Thurston (s) _Charles Thurston_

ATTORNEY PRO SE.

Dated 4/7/11