United States District Court
Southern District of Texas
FILED

SEP - 2 2011

David J. Bradley, Clerk of Court

From: Charles Thurston                                   8/30/11

    P.O. BOX 2111

    Humble, TX 77347

Dear Judge Hughes:

   I am experiencing terrible interference from the FBI. I have a right to run a business and make a profit and the FBI has jammed the soft-ware on six of my computers and rendered my businesses inoperable. They also plan to physically attack me (the hired criminal type) and render my muscle biopsy of no value. Please send me an injection against the FBI for any further interference in this case. Thank you. They have also interferred with the VA hospitals diagnoses of my condition.

Case number: 10-10940 The United States Supreme Court, Washington D.C. and

USDC Case Number 4:09-CV-3629. Thank You!

Sincerely,

(S) *Charles Thurston*  8/30/11

Charles Thurston, Pro Se

1